## LEV *v.* UNITED STATES.

No. 435. Argued April 27–28, 1959.—Decided June 22, 1959.*

*Anthony Bradley Eben* argued the cause and filed a brief for petitioner in No. 435.

*Albert H. Treiman* argued the cause and filed a brief for petitioner in No. 436.

*John T. Sullivan* argued the cause for petitioner in No. 437. On the brief was *Isidor Enselman.*

*Oscar H. Davis* argued the causes for the United States. On the brief were *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg, Julia P. Cooper* and *Jerome M. Feit.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE STEWART took no part in the consideration or decision of these cases.

---

*Together with No. 436, *Wool* v. *United States,* and No. 437, *Rubin* v. *United States,* also on certiorari to the same Court.